| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | Mr. Campbell |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23cr322-DJC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ARRAIGNMENT** |
| vs. | Date: February 8, 2024 |
| DESHAWN OSHAEA CAMPBELL and ROCHELLE PASLEY, | Time: 2:00 a.m. |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Jessica Delaney, and Justin Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Deshawn Oshaea Campbell, that the arraignment currently set for February 8, 2024 at 9:00 a.m. be continued to February 22, 2024 at 2:00 p.m.

The parties specifically stipulate as follows:

1. Mr. Campbell is scheduled for arraignment on February 8, 2024. *See* ECF no. 8.

2. Mr. Campbell moves to continue his arraignment to February 22, 2024. He is already in federal pre-trial custody at Central Valley Annex for a related case. *See* ECF no. 2:21cr92-DJC. He does not wish to be transported to court hearings unless required.

Rule 10(b) allows for Mr. Campbell to waive his presence at an arraignment in writing if

1   he is charged by indictment and received a copy; he pleads not guilty; and the Court
2   accepts his waiver.  Mr. Campbell intends to meet all the Rule 10(b) requirements but
3   needs additional time to return the signed waiver to defense counsel and to receive a copy
4   of the indictment.

5   3. The government does not object to Mr. Campbell's request.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: January 25, 2024                  /s/  Hootan Baigmohammadi
                                        HOOTAN BAIGMOHAMMADI
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        Mr. Campbell


Date: January 25, 2024                  PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/ Jessica Delaney
                                        JESSICA DELANEY
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff

                                        /s/ Justin L. Lee
                                        JUSTIN L. LEE
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: January 26, 2024

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge