HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Campbell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23CR322-DJC |
|---|---|
| Plaintiff, | ) |
| vs. | ) **WAIVER OF PERSONAL APPEARANCE AND ORDER** |
| DESHAWN OSHAEA CAMPBELL and ROCHELLE PASLEY. | ) Date:<br>) Time:<br>) Judge: Hon. Daniel J. Calabretta. |
| Defendant. | ) |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Deshawn Oshaea Campbell hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as a change of plea, empanelment of jury, and imposition of sentence.

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, Mr. Campbell hereby waives the right to be present in person in open court for the arraignment. With his signature below, he affirms that he has a copy of the indictment and pleads not guilty as to all counts.

Mr. Campbell hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix

in his absence.

Defense counsel will advise the United States Marshals at least two weeks before the defendant's presence is needed.

DATED: January 29, 2024                     */s/ Deshawn Oshaea Campbell*
                                            DESHAWN OSHAEA CAMPBELL
                                            Defendant

DATED: January 24, 2024                     Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Hootan Baigmohammadi*
                                            HOOTAN BAIGMOHAMMADI
                                            Assistant Federal Defender
                                            Attorneys for Mr. Campbell

**ORDER**

Good cause having been shown, pursuant to Federal Rules of Criminal Procedure 10(b) and 43 and the attached Waiver of Personal Appearance, the Court grants Deshawn Oshaea Campbell's request to waive his presence in open court for all proceedings, including arraignment, except where otherwise required under law.

IT IS SO ORDERED.

Dated:  February 5, 2024        /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE