MICHELE BECKWITH
Acting United States Attorney
JESSICA DELANEY
JUSTIN LEE
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESHAWN OSHAEA CAMPBELL,<br><br>Defendant. | 2:23-CR-00322-DJC<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between the United States of America and defendant Deshawn Oshaea Campbell, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Deshawn Oshaea Campbell's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $130,100.00 in U.S. Currency,
   b. Approximately $5,814.00 in U.S. Currency,
   c. Approximately $1,971.00 in U.S. Currency,
   d. Ten Money Orders totaling $10,000.00,
   e. Two MoneyGram Money Orders totaling $2,000.00,
   f. Sony 77" Smart HDR TV, XBR77A9G, Serial Number: 4023164,
   g. Samsung Refrigerator, Model: RF28R7351SR/AA,
   h. Samsung Dryer, Model: DVE50R8500V,
   i. Samsung Washer, Model: WF50R8500AV,
   j. MacBook Pro 13" A2251 Laptop, Serial Number: CO2D2NMLML7H,
   k. Sony PlayStation 5 with two controllers, Serial Number: AJ145858276,
   l. Dyson VII Vacuum, Model: 268731-01/322806-01,
   m. Sony Stereo Receiver STRDN1080, Serial Number: 8905390,

    n. Sony 4" Dolby Atmos Enabled Elevation Speaker SSCSE,
    o. Sony 4" Dolby Atmos Enabled Elevation Speaker SSCSE,
    p. Sony Speaker SSCS3, Serial Number: 8899727,
    q. Sony Speaker SSCS3, Serial Number: 8905109,
    r. Sony Speaker SACS9, Serial Number: 8903174,
    s. HP 15-ac121dx Laptop, Serial Number: SCD02423ZL,
    t. Sony Speaker SSC5S, Serial Number: 9013307,
    u. Sony Speaker SSC5S, Serial Number: 9013308, and
    v. Sony Channel Speaker SSCS8, Serial Number: 8863448.

2. The above-listed property constitutes proceeds or are derived from proceeds traceable to a violation of 18 U.S.C. § 1341.

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshal's Service, in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

 b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 24th day of June, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE