ERIC GRANT
United States Attorney
JESSICA DELANEY
JUSTIN LEE
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:23-CR-00322-DJC |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DESHAWN OSHAEA CAMPBELL, | |
| Defendant. | |

On or about June 25, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Deshawn Oshaea Campbell forfeiting to the United States the following property:

a. Approximately $130,100.00 in U.S. Currency,
b. Approximately $5,814.00 in U.S. Currency,
c. Approximately $1,971.00 in U.S. Currency,
d. Ten Money Orders totaling $10,000.00,
e. Two MoneyGram Money Orders totaling $2,000.00,
f. Sony 77" Smart HDR TV, XBR77A9G, Serial Number: 4023164,
g. Samsung Refrigerator, Model: RF28R7351SR/AA,
h. Samsung Dryer, Model: DVE50R8500V,
i. Samsung Washer, Model: WF50R8500AV,
j. MacBook Pro 13" A2251 Laptop, Serial Number: CO2D2NMLML7H,
k. Sony PlayStation 5 with two controllers, Serial Number: AJ145858276,
l. Dyson VII Vacuum, Model: 268731-01/322806-01,
m. Sony Stereo Receiver STRDN1080, Serial Number: 8905390,
n. Sony 4" Dolby Atmos Enabled Elevation Speaker SSCSE,
o. Sony 4" Dolby Atmos Enabled Elevation Speaker SSCSE,

|   |   |   |
|---|---|---|
| | p. | Sony Speaker SSCS3, Serial Number: 8899727, |
| | q. | Sony Speaker SSCS3, Serial Number: 8905109, |
| | r. | Sony Speaker SACS9, Serial Number: 8903174, |
| | s. | HP 15-ac121dx Laptop, Serial Number: SCD02423ZL, |
| | t. | Sony Speaker SSC5S, Serial Number: 9013307, |
| | u. | Sony Speaker SSC5S, Serial Number: 9013308, and |
| | v. | Sony Channel Speaker SSCS8, Serial Number: 8863448. |

Beginning on July 4, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

a. Rochelle Pasley: A notice letter was sent via certified mail to Rochelle Pasley, c/o Michael Hansen at 711 Ninth Street, Sacramento, CA 95814 on July 3, 2025. The USPS.com Tracking Results confirm delivery was attempted on July 5, 2025, and redelivery was scheduled for the next day. The U.S. Attorney's Office reached out to Mr. Hansen to confirm receipt of the notice letter. Mr. Hansen said he had not received the notice letter, was relieved as her counsel the previous week, and provided her current address.

b. Rochelle Pasley: A notice letter was sent via certified mail to Rochelle Pasley at 1530 Fulton Avenue, Apt 190, Sacramento, CA 95825 on August 13, 2025. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on August 15, 2025.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), including all right, title, and interest of Deshawn Oshaea Campbell and Rochelle Pasley:

a. Approximately $130,100.00 in U.S. Currency, plus all accrued interest,
b. Approximately $5,814.00 in U.S. Currency, plus all accrued interest,
c. Approximately $1,971.00 in U.S. Currency, plus all accrued interest,
d. Ten Money Orders totaling $10,000.00,
e. Two MoneyGram Money Orders totaling $2,000.00,
f. Sony 77" Smart HDR TV, XBR77A9G, Serial Number: 4023164,
g. Samsung Refrigerator, Model: RF28R7351SR/AA,

      h.      Samsung Dryer, Model: DVE50R8500V,
      i.      Samsung Washer, Model: WF50R8500AV,
      j.      MacBook Pro 13" A2251 Laptop, Serial Number: CO2D2NMLML7H,
      k.      Sony PlayStation 5 with two controllers, Serial Number: AJ145858276,
      l.      Dyson VII Vacuum, Model: 268731-01/322806-01,
      m.      Sony Stereo Receiver STRDN1080, Serial Number: 8905390,
      n.      Sony 4" Dolby Atmos Enabled Elevation Speaker SSCSE,
      o.      Sony 4" Dolby Atmos Enabled Elevation Speaker SSCSE,
      p.      Sony Speaker SSCS3, Serial Number: 8899727,
      q.      Sony Speaker SSCS3, Serial Number: 8905109,
      r.      Sony Speaker SACS9, Serial Number: 8903174,
      s.      HP 15-ac121dx Laptop, Serial Number: SCD02423ZL,
      t.      Sony Speaker SSC5S, Serial Number: 9013307,
      u.      Sony Speaker SSC5S, Serial Number: 9013308, and
      v.      Sony Channel Speaker SSCS8, Serial Number: 8863448.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 17th day of November, 2025.

                                        /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE